UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>             Plaintiff,<br><br>v.<br><br>FRITKIN JONES DESIGN GROUP, INC., et al.,<br><br>             Defendants. | 2:09-CV-1211 JCM (RJJ) |

**ORDER**

Presently before the court is the case of *Trustees of the Teamsters Local 631 Security Fund for Southern Nevada v. Fritkin Jones Design Group, Inc., et al.*, (2:09-cv-01211-JCM-RJJ).

On April 18, 2011, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the suit for want of prosecution. (Doc. #33). On April 26, 2011, plaintiff filed a notice of voluntary dismissal without prejudice of defendant Fritkin Jones Design Group, Inc. (Doc. # 34). The defendant was terminated from the action the same day. Whereas, the only remaining defendant in this action, Mark D. Fritkin, was never properly served (*see* doc. #19), the court finds dismissal appropriate.

Accordingly,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Trustees of the Teamsters Local 631 Security Fund for Southern Nevada v. Fritkin Jones Design Group, Inc., et al.,* (2:09-cv-01211-JCM-RJJ) be, and the same hereby is, DISMISSED WITHOUT PREJUDICE.

DATED May 26, 2011.

*James C. Mahan*

**UNITED STATES DISTRICT JUDGE**